IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARNETTA SWIFT (NEE) HILL, and CHARLES SWIFT, | 8:17CV440 |
| Plaintiffs, | |
| vs. | MEMORANDUM AND ORDER |
| BRENDA OSLER, | |
| Defendant. | |

Plaintiffs, non-prisoners, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiffs' Motion, the court finds that Plaintiffs are financially eligible to proceed in forma pauperis.[1]

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in their case will be for the court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 20th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] The court notes that co-Plaintiff, Charles Swift, was granted leave to proceed in forma pauperis in a separate pending civil action, *Swift v. Williams*, Case No. 8:17CV331.