IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ARNETTA SWIFT (NEE) HILL, and
CHARLES SWIFT,

        Plaintiffs,

vs.

BRENDA OSLER,

        Defendant.

8:17CV440

MEMORANDUM AND ORDER

On December 8, 2017, after conducting an initial review of the Complaint, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. ([Filing No. 6](#).) On December 12, 2017, Plaintiff filed an interlocutory appeal of the court's order on initial review. ([Filing No. 7](#).) On February 21, 2018, the Eighth Circuit Court of Appeals dismissed Plaintiff's appeal for failure to prosecute and issued a mandate. ([Filing No. 14](#); [Filing No. 15](#).) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 28th day of February, 2018.

        BY THE COURT:

        s/ *Richard G. Kopf*
        Senior United States District Judge